DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RESTORATION GENIE, INC.,** a/a/o **Matthew** and **Tiffany McDonald,**
Appellants,

v.

**CITIZENS PROPERTY INSURANCE CORPORATION,**
Appellee.

No. 4D2024-3346

[June 17, 2026]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward A. Garrison, Judge; L.T. Case No. 502024SC010379XXXAMB.

Melissa A. Giasi of Giasi Law, P.A., Tampa, for appellants.

Edgardo Ferreyra, Jr. of Luks, Santaniello, Petrillo, Cohen & Peterfriend, Miami, for appellee.

PER CURIAM.

*Affirmed.* *See* § 627.7152(2)(c), Fla. Stat. (2022) ("If an assignor acts under an urgent or emergency circumstance to protect property from damage and executes an assignment agreement to protect, repair, restore, or replace property or to mitigate against further damage to the property, an assignee may not receive an assignment of post-loss benefits under a residential property insurance policy in excess of the greater of $3,000 or 1 percent of the Coverage A limit under such policy.").

KLINGENSMITH, SHEPHERD and LOTT, JJ., concur.

\*          \*          \*

*Not final until disposition of timely-filed motion for rehearing.*